# EXHIBIT "1"



**Infringement #2:**

https://www.etsy.com/listing/510953520/beach-during-sunset-3-panel-split-sunset?ref=shop_home_active_72"

https://i.etsystatic.com/9476185/r/il/49f9ea/1227647103/il_570xN.1227647103_cmsm.jpg



**MCGUCKEN FINE ART COPYRIGHT REGISTRATION:**
VA0002089215 / 2018-02-19
**Title on Copyright Deposit:**
2016-1-21-Malibu-Winter-Beaches-Seashore-Fine-Art-Landscape-Sunsets-Dr-Elliot-238887015
33-m.jpg

**Infringement #2:**

https://www.etsy.com/listing/510953520/beach-during-sunset-3-panel-split-sunset?ref=shop_home_active_72"

https://i.etsystatic.com/9476185/r/il/49f9ea/1227647103/il_570xN.1227647103_cmsm.jpg



**Infringement #3:**

https://www.etsy.com/listing/507083706/bridge-on-beach-canvas-print-beautiful?ga_search_query=pier&ref=shop_items_search_2

https://img.etsystatic.com/il/47687b/1168799792/il_570xN.1168799792_bgoz.jpg?version=0



**MCGUCKEN FINE ART COPYRIGHT REGISTRATION:**
VA0002089215 / 2018-02-19
**Title on Copyright Deposit:**
2016-1-17-Sony-A7RII-Fine-Art-Super-Sharp-Sony-16-35mm-Vario-Tessar-23817493073-m.jpg

**Infringement #3:**

https://www.etsy.com/listing/507083706/bridge-on-beach-canvas-print-beautiful?ga_search_query=pier&ref=shop_items_search_2

https://img.etsystatic.com/il/47687b/1168799792/il_570xN.1168799792_bgoz.jpg?version=0



**Infringement #4:**

https://www.etsy.com/listing/524759355/beach-during-sunset-3-panel-split-sunset?ga_search_query=beach&ref=shop_items_search_16

https://img.etsystatic.com/il/35ae03/1227637915/il_570xN.1227637915_1ppt.jpg?version=0



**MCGUCKEN FINE ART COPYRIGHT REGISTRATION:**
VA0002089199 / 2018-02-19
Name on Copyright Deposit:
2015-5-26-Malibu-Pier-Sunset-Brilliant-Colors-Before-The-Rain-17511483284-m.jpg

**Infringement #4:**
https://www.etsy.com/listing/524759355/beach-during-sunset-3-panel-split-sunset?ga_search_query=beach&ref=shop_items_search_16

https://img.etsystatic.com/il/35ae03/1227637915/il_570xN.1227637915_1ppt.jpg?version=0