EXHIBIT "3"





