EXHIBIT "4"

#4





8-8-2018-malibu storm mcgucken fine art

